**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEROME-ROBERT: MUELLER and CARLOTA-~BURGUENO: PALACIOS,<br><br>            Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA-CORPORATION, et al.,<br><br>            Defendants. | NO. EDCV 08-00805-DSF (MAN)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Amended Report and Recommendation of United States Magistrate Judge.  The time for filing Objections has passed, and no Objections have been filed with the Court.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

    IT IS ORDERED that:  (1) the motion to dismiss filed by defendants Reid & Hellyer-Corporation et al., in which defendant United States has joined, is granted; (2) the motion to dismiss filed by defendant Michael

B. Donner ("Judge Donner") is granted; (3) the Complaint is dismissed without leave to amend as to defendants United States, Judge Donner, and Corporation-Counsel; (4) the Complaint is dismissed with leave to amend as to defendants Reid & Hellyer-Corporation, Steven G. Lee, Ross Lay, Weldon Brown Company-Corporation, and Weldon Brown; and (5) if plaintiffs wish to pursue this action, they must file and serve a First Amended Complaint that complies with the Amended Report and Recommendation within thirty (30) days of this Order.[1]

IT IS SO ORDERED.

DATED: 1/21/09.

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs are cautioned that a failure to comply with this Order will result in the dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.