UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME-ROBERT: MUELLER and, CARLOTA-~BURGUENO: PALACIOS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA-CORPORATION, et al.,<br><br>Defendants. | NO. EDCV 08-00805-DSF (MAN)<br><br><br><br>JUDGMENT |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: 4/10/09.

*Dale S. Fischer*

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE